SAMUEL H. RANDALL, Respondent, *v.* EMERSON P. CARPENTER, Impleaded, etc., Appellant.

(Argued March 8, 1882 ; decided March 21, 1882.)

*E. P. Wilder* for appellant.

*Samuel H. Randall,* respondent, in person.

Agree to affirm; no opinion.
All concur.
Order affirmed.